UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | |
|---|---|
| Sue Bridges,<br><br>    Plaintiff,<br><br> v.<br><br>Humana Inc.,<br><br>    Defendant. | Civil Action No.: 4:17-cv-206-JLH<br><br>**LOCAL RULE 26.1**<br>**FED.R.CIV.P. 26(f) REPORT** |

  Pursuant to Rules 16(b) and 26(f) of the Federal Rules of Civil Procedure and Local Rule 26.1, counsel for Plaintiff hereby submits to the Court this Federal Rule Civil Procedure 26(f) Report:

**(1)** **Any changes in timing, form, or requirements of mandatory disclosures under Fed. R. Civ. P. 26(a).**

 None, except that the parties stipulate to September 26, 2017, as the date for initial disclosures to be made.

**(2)** **Date when mandatory disclosures were or will be made:**

September 26, 2017.

**(3)** **Subjects on which discovery may be needed:**

- Whether Plaintiff has standing to assert a claim based on the calls she alleges
- Plaintiff's cellular telephone logs and carrier bills
- Defendant's call records
- Whether the calls at issue were made using an automatic telephone dialing system
- Whether Defendant had consent to call Plaintiff

- Whether Plaintiff revoked consent, and if so on what date

- Whether Plaintiff's claims are barred by an affirmative defense

- Plaintiff's damages

**(4) Whether any party will likely be requested to disclose or produce information from electronic or computer-based media.** Yes.

**If so:**

**(a) whether disclosure or production will be limited to data reasonably available to the parties in the ordinary course of business.** Yes.

**(b) the anticipated scope, cost and time required for disclosure or production of data beyond what is reasonably available to the parties in the ordinary course of business**.

The parties do not anticipate discovery beyond what is available to them during the ordinary course of business.

**(c) the format and media agreed to by the parties for the production of such data as well as agreed procedures for such production**.

The parties agree that all documents will be produced in PDF, TIF or paper format, unless a reasonable request is made for a particular document to be produced in a different format, at which time the parties will discuss the format for that specific document.

**(d) whether reasonable measures have been taken to preserve potentially discoverable data from alteration or destruction in the ordinary course of business or otherwise.**

Yes.

**(e) other problems which the parties anticipate may arise in connection with electronic or computer-based discovery.**

None at this time.

**(5) Date by which discovery should be completed:**

       June 28, 2018.  If all parties are in agreement to do so, discovery may be conducted beyond the cutoff date.

**(6)**     **Any needed changes in limitations imposed by the Federal Rules of Civil Procedure:**

       None.

**(7)**     **Any orders, e.g. protective orders, which should be entered:**

       None.  Defendant reserves the right to redact individual identification and other confidential information from healthcare-related records that it may produce.

**(8)**     **Any objections to initial disclosures on the ground that mandatory disclosures are not appropriate in the circumstances of the action:**

       None.

**(9)**     **Any objections to the proposed trial date:**

       None.

**(10)**    **Proposed deadline for joining other parties and amending the pleadings:**

       October 12, 2017

**(11)**    **Proposed deadline for filing motions other than motions for class certification. (Note: In the typical case, the deadline for filing motions should be no later than sixty (60) days before trial.)**

       July 12, 2018, except for motions in limine, which must be filed by August 27, 2018.

Dated: August 28, 2017

        By: /s/ *Sergei Lemberg*
        Sergei Lemberg, Esq.
        Bar No.: 425027
        Lemberg Law, LLC
        43 Danbury Road
        Wilton, CT 06897
        Telephone: (203) 653-2250
        Email: slemberg@lemberglaw.com
        *Attorney for Plaintiff*

        By: /s/ Danielle M. Whitehouse
        Danielle M. Whitehouse, Esq.
        ABA No.: 2009192
        Matthew B. Finch, Esq.
        ABA No.: 2001025
        GILL RAGON OWEN, P.A.
        425 West Capitol Avenue, Suite 3800
        Little Rock, AR 72201
        Telephone: (501) 376-3800
        Email: whitehouse@gill-law.com
        Email: finch@gill-law.com

        John F. Kloecker, Esq.
        (admitted *pro hac vice*)
        Bar No.: 6229602
        Jaszczuk P.C.
        311 South Wacker Drive, Suite 1775
        Chicago, IL 60606
        Telephone: (312) 442-0509
        Email: jkloecker@jaszczuk.com
        *Attorneys for Defendant*

**CERTIFICATE OF SERVICE**

      I hereby certify that on August 28, 2017, a true and correct copy of the foregoing Federal Rule Civil Procedure 26(f) Report was served electronically by the U.S. District Court Eastern District of Arkansas Electronic Document Filing System (ECF), and a copy was mailed to:

Danielle M. Whitehouse, Esq.
ABA No.: 2009192
Matthew B. Finch, Esq.
ABA No.: 2001025
GILL RAGON OWEN, P.A.
425 West Capitol Avenue, Suite 3800
Little Rock, AR 72201
Telephone: (501) 376-3800
Email: whitehouse@gill-law.com
Email: finch@gill-law.com

John F. Kloecker, Esq.
(admitted *pro hac vice*)
Bar No.: 6229602
Jaszczuk P.C.
311 South Wacker Drive, Suite 1775
Chicago, IL 60606
Telephone: (312) 442-0509
Email: jkloecker@jaszczuk.com
*Attorneys for Defendant*

                                                              */s/ Sergei Lemberg*
                                                             Sergei Lemberg, Esq.